435 A.2d 660

Commonwealth v. Guzy, Appellant.

 Argued September 10, 1980. Edmund J. Scacchitti, for appellant; Sandra Sernak, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.